■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VANCE FOUNTAIN, Also Known as CECIL WALKER, Appellant.—Appeal by defendant from an order of the Supreme Court, Queens County, dated May 15, 1975, which denied his motion to remit a forfeiture of bail. Order affirmed, without costs or disbursements, with leave to renew the motion at Criminal Term. Under the circumstances, the motion was properly denied. However, in light of certain documentation referred to for the first time in appellant's brief, leave to renew the motion at Criminal Term has been granted. Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL MARTIN RIVERA, Appellant.—Three judgments of the County Court, Suffolk County, all rendered December 31, 1975 affirmed. No opinion. Margett, Acting P. J., Damiani, Shapiro and Titone, JJ., concur; Rabin, J., concurs in the result on constraint of *People v Santiago* (51 AD2d 1).